I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-12

_____
DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN,<br><br>    Petitioner,<br><br>    vs.<br><br>KATHLEEN L. DICKINSON, Warden,<br><br>    Respondent. | Case No. CV 12-7669-DSF (RNB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Action for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

    12/10/12

DATED: _____

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE