I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-12

DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN, | Case No. CV 12-7669-DSF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KATHLEEN L. DICKINSON, Warden, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Action for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 12/10/12

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE